CLS
8/30/21

DOA: 8/27/21

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Jorge Alejandro OSORNIO-Monroy,<br><br>　　　　　　　　　　Defendant. | Case No.  21MJ8724<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325(a)(1)<br>Improper Entry by an Alien (Misdemeanor)<br><br>Title 18 U.S.C., Code § 111(a)(1)<br>Assault on a Federal Officer (Felony) |
|---|---|

The undersigned complainant being duly sworn states:

**COUNT I**

On or about August 27, 2021, within the Southern District of California, Jorge Alejandro OSORNIO-Monroy, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by immigration officers; in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

## COUNT II

On or about August 27, 2021, within the Southern District of California, defendant, Jorge Alejandro OSORNIO-Monroy, intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Border Patrol Agent M. Gonzalez, while Agent M. Gonzalez was engaged in and on account of the performance of his official duties, such acts involving physical contact with Agent M. Gonzalez; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
CLAYTON NARDE
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30th day of August, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge Alejandro OSORNIO-Monroy

PROBABLE CAUSE STATEMENT

I, Border Patrol Agent Manuel A. Vizcarra, declare under penalty of perjury, the following is true and correct:

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) D. Villalobos that defendant, Jorge Alejandro OSORNIO-Monroy (OSORNIO), attempted to enter the United States and was arrested on August 26, 2021, in Calexico, California.

On August 27, 2021, Border Patrol Agent (BPA) Matthew Gonzalez was assigned to Zone 13 of the Calexico Border Patrol Station area of responsibility. This area is approximately .5 miles east of the Calexico West Port of Entry. The area is located in downtown Calexico and consists of small business, residential houses, parking lots, and alleyways. BPA Gonzalez was wearing the standard rough duty uniform with badge and insignias visible while patrolling in his assigned marked vehicle.

At approximately 1:27 a.m., BPA Gonzalez encountered Jorge Alejandro OSORNIO-Monroy approximately 20 yards north of the United States/Mexico International Boundary Fence in Zone 13. Through immigration interview, OSORNIO admitted to being a citizen of Mexico who does not possess any immigration documentation to enter, be, or remain in the United States legally. OSORNIO also admitted to entering the United States illegally by crossing the United States/Mexico International Boundary line. After determining that

OSORNIO illegally in the United States BPA Gonzalez attempted to arrest OSORNIO but was assaulted by this subject. BPA Gonzalez was able to place OSORNIO under arrest and transported to the Calexico Border Patrol Station for further processing. BPA Gonzalez had to be hospitalized following the encounter with OSORNIO.

OSORNIO was read his Miranda Rights at 5:25 a.m. OSORNIO stated he understood his right and was willing to answer questions without the presence of an attorney. OSORNIO stated he is a citizen of Mexico and entered the United States illegally. OSORNIO stated he has never applied for or received any U.S. Immigration Documents allowing him to apply for entry, remain, or pass through the United States.

There is no evidence showing OSORNIO has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

Executed on August 27, 2021 at 11:00 a.m.

Manuel Vizcarra
Border Patrol Agent

1 On the basis of the facts presented in the Probable Cause Statement consisting of two pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offense on August 27, 2021 in violation of Title 8, United States Code 1325, and in violation of Title 18, United States Code 111.

*Allison H. Goddard*             August 27, 2021  12:02 pm

Hon. Allison H. Goddard             Date/Time
United States Magistrate Judge